No. 74–5884.  HAMPTON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–5902.  DYCHES v. GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 74–5903.  KENNER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 74–5917.  JOHNSON ET AL. v. UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 74–5921.  WARREN, AKA McCRAY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5928.  HENDERSHOT ET AL. v. UNITED STATES; No. 74–5929.  HUDSON v. UNITED STATES; and No. 74–5930.  GASAWAY ET AL. v. UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 74–5931.  GALLOWAY ET AL. v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 74–5937.  BROWN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–5945.  JACKSON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–5946.  LEWIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.